Mildred L. Rocca, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 39,552.

Opinion filed February 2, 1938.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Guy C. Guerine and Stebbins, McKinley & Price, for appellee; L. A. Stebbins and Paul E. Price, of counsel.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.